```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__10/09/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                    :

TENNENBAUM   LIVING   TRUST   and   MERKIN : 
FAMILY FOUNDATION,                         :
                                     :

                  Plaintiffs,           :            20-CV-6938 (JPC)
                                     :

           -v-                    :            NOTICE OF
                                     :           REASSIGNMENT

TGLT S.A. and THE BANK OF NEW YORK MELLON, :
                                     :

                Defendants.        :
                                        X
-----------------------------------------------------------------------

JOHN P. CRONAN, United States District Judge:

This case has been reassigned to the undersigned.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.  The conference scheduled for November 5, 2020 at 10:30 a.m. shall take place as scheduled.  In light of the ongoing COVID-19 pandemic, the Court will conduct the conference by teleconference.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.  Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.**

No later than October 29, 2020, the parties are required to file on ECF a joint letter as provided in the Order issued by the Honorable Lorna G. Schofield, United States District Judge, and dated September 23, 2020.  The parties need not provide a telephone call-in number for a conference call, as originally ordered.  By October 29, 2020, the parties shall also submit to the Court a proposed case management plan and scheduling order, a template of which is available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

In accordance with the Court's Individual Rules and Practices, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or scheduled appearance, absent compelling circumstances. The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

        SO ORDERED.

Dated: October 9, 2020
      New York, New York

                                  JOHN P. CRONAN
                         United States District Judge