```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
TENNENBAUM LIVING TRUST and MERKIN                               :
FAMILY FOUNDATION,                                               :
                                                                 :
                              Plaintiffs,                        :      20-CV-6938 (JPC)
                                                                 :
         -v-                                                     :      ORDER
                                                                 :
TGLT S.A.,                                                       :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2020

JOHN P. CRONAN, United States District Judge:

It is hereby ORDERED that the Initial Pretrial Conference ("IPTC") scheduled for November 5, 2020 at 10:30 a.m. is ADJOURNED *sine die*.  In addition, having reviewed Defendant's letter, dated October 21, 2020, requesting a pre-motion conference and leave to file a motion to dismiss the Complaint (Dkt. 22) and Plaintiffs' letter, dated October 26, 2020, responding to Defendant's request (Dkt. 23), the Court finds that a pre-motion conference is not necessary and that Defendant may proceed in filing the motion to dismiss.

As requested by the parties, all fact discovery in this case is stayed until the earlier of (i) May 4, 2021, or (ii) entry of an order disposing of Defendant's motion to dismiss.  Assuming claims have survived the motion to dismiss, the Court will schedule an IPTC and enter a case management plan and scheduling order at a later date.

Defendant shall file the motion to dismiss by November 25, 2020; Plaintiffs shall file their opposition by January 6, 2021; and Defendant shall file its reply, if any, by January 27, 2021.

SO ORDERED.

Dated: November 4, 2020
       New York, New York

_____
JOHN P. CRONAN
United States District Judge