UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                              :
TENNENBAUM LIVING TRUST and MERKIN          :
FAMILY FOUNDATION,                                 :
                                                              :
                              Plaintiffs,              :          20 Civ. 6938 (JPC)
                                                              :
             -v-                                          :          Order
                                                              :
TGLT S.A.,                                               :
                                                              :
                              Defendant.             :
                                                              :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

  Counsel for all parties are hereby ORDERED to appear before the undersigned for a status conference on August 19, 2022 at 2:00 p.m., to discuss logistics for the hearing scheduled for September 7, 2022.  The Court will conduct the conference by telephone.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

  SO ORDERED.

Dated: August 15, 2022
  New York, New York      _____
              JOHN P. CRONAN
             United States District Judge