```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
TENNENBAUM LIVING TRUST et al.,                                        :
                                                                       :
                        Plaintiffs,                                    :
                                                                       :     20 Civ. 6938 (JPC) (JLC)
            -v-                                                        :
                                                                       :          ORDER
GCDI S.A. f/k/a TGLT S.A.,                                             :
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      After entry of the Court's Findings of Fact and Conclusions of Law, the parties, as directed by the Court, filed proposed judgments.  Dkts. 114 (Findings of Fact and Conclusions of Law), 116-1 (Defendant's proposed judgment), 117-1 (Plaintiffs' proposed judgment).  The proposed judgments differed in two material respects: first, whether Plaintiffs should be awarded declaratory relief in addition to damages and, second, in the method to calculate the prejudgment interest Defendant owes to Plaintiffs.

      On August 8, 2023, the Court issued an Order declining to issue a declaratory judgment, accepting Defendant's proposed method of calculating prejudgment interest, and directing the parties to submit a joint proposed judgment consistent with the Court's Order.  Dkt. 119.  On August 11, 2023, the parties filed a joint letter with that proposed judgment.  Dkt. 120.  Finding the proposed judgment to be in accord with this Court's prior findings, the Court respectfully directs the Clerk of Court to enter the Judgment appended to this Order and to close this action.

      SO ORDERED.

Dated: August 14, 2023
      New York, New York
                                                               JOHN P. CRONAN
                                                               United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TENNENBAUM LIVING TRUST and MERKIN FAMILY FOUNDATION,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>GCDI S.A. f/k/a TGLT S.A.,<br><br>     *Defendant*. | Case No. 20-cv-6938 (JPC) (JLC) |

**JUDGMENT IN A CIVIL ACTION**

This Court has ordered that:

(i) Plaintiff Tennenbaum Living Trust recover from Defendant GCDI S.A. f//k/a TGLT S.A. ("TGLT") the amount of five million seven hundred twenty thousand dollars ($5,720,000), which includes prejudgment interest at a contractual rate of 16%, plus post judgment interest at a contractual rate of 16% per annum, along with costs.

(ii) Merkin Family Foundation recover from TGLT the amount of one million one hundred forty-forty thousand dollars ($1,144,000), which includes prejudgment interest at a contractual rate of 16%, plus post judgment interest at a contractual rate of 16% per annum, along with costs.

This action was tried by Judge John P. Cronan without a jury and the above decision was reached.

Dated: _____

                      **CLERK OF THE COURT**

                      _____