UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TENNENBAUM LIVING TRUST and
MERKIN FAMILY FOUNDATION,

*Plaintiffs*,

v.

GCDI S.A. f/k/a TGLT S.A.,

*Defendant*.

Case No. 20-cv-6938 (JPC) (JLC)

**JUDGMENT IN A CIVIL ACTION**

This Court has ordered that:

(i) Plaintiff Tennenbaum Living Trust recover from Defendant GCDI S.A. f//k/a TGLT S.A. ("TGLT") the amount of five million seven hundred twenty thousand dollars ($5,720,000), which includes prejudgment interest at a contractual rate of 16%, plus post judgment interest at a contractual rate of 16% per annum, along with costs.

(ii) Merkin Family Foundation recover from TGLT the amount of one million one hundred forty-forty thousand dollars ($1,144,000), which includes prejudgment interest at a contractual rate of 16%, plus post judgment interest at a contractual rate of 16% per annum, along with costs.

This action was tried by Judge John P. Cronan without a jury and the above decision was reached.

Dated: __August 14, 2023__

Ruby J Krajick
**CLERK OF THE COURT**